UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALCOLM Y. WRIGHT, | ) | 1:10-cv-00011-OWW-GSA-PC |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK TO ATTACH AND INCORPORATE |
| vs. | ) ) | PAGES TO FIRST AMENDED COMPLAINT |
| WARDEN SMITH, et al., | ) ) | (Doc. 10.) |
| Defendants. | ) ) ) | |

Malcolm Y. Wright ("Plaintiff") is a prisoner proceeding pro se with this civil rights action filed pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on January 4, 2010. (Doc. 1.) The Court screened the Complaint and entered an order on December 13, 2010, dismissing the Complaint with leave to amend. (Doc. 9.) On January 13, 2011, Plaintiff filed the First Amended Complaint. (Doc. 10.)

On January 24, 2011, Plaintiff filed a Notice to the Court requesting assistance from the Court concerning the filing of the First Amended Complaint. (Doc. 11.) Plaintiff states that he mailed the First Amended Complaint to the Court, consisting of the three-page Bivens form and an attached 21-page Statement of Claim, on January 5, 2011. Due to his inability to obtain a large enough envelope at the institution, Plaintiff divided the First Amended Complaint into four parts and sent it to the Court in four separate envelopes "marked '1 in 4,' etc." (Id. at 1 ¶4.) On January 18, 2011, Plaintiff received back

1

1 from the court pages 4 through 21 of the First Amended Complaint, with a Clerk's Notice that the case
2 number could not be identified. Plaintiff has now returned pages 4 through 21 to the Court together with
3 his Notice to the Court filed January 24, 2011.

4     The Court finds Plaintiff's explanation credible and notes that Plaintiff's page 4 contains the
5 Court's official stamp RECEIVED JAN 13 2011, which is the same date the First Amended Complaint
6 was filed by the Court. Therefore, the Clerk shall be directed to add and incorporate pages 4 through
7 21 to Plaintiff's First Amended Complaint of January 13, 2011.

8     Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court shall attach and
9 incorporate pages 4 through 21, submitted to the Court by Plaintiff with his Notice to the Court on
10 January 24, 2011, to the First Amended Complaint filed on January 13, 2011.

12     IT IS SO ORDERED.
13     **Dated:**   **January 27, 2011**                     **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE