# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM Y. WRIGHT, | 1:10-cv-00011-AWI-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO SUBMIT ADDITIONAL DOCUMENTS REQUIRED FOR SERVICE OF PROCESS, WITHIN THIRTY DAYS |
| v. | |
| WARDEN SMITH, et al., | |
| Defendants. | |

Plaintiff Malcolm Y. Wright ("Plaintiff") is an inmate currently in North Carolina state custody who is proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). This action now proceeds on the First Amended Complaint filed on January 13, 2011. (Doc. 10.) The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that Plaintiff states cognizable claims for relief under § 1983 against three Defendants: Warden Smith, Lt. Gonzales, and Lt. Miller.

On December 12, 2011, the Court issued an order finding service of the First Amended Complaint appropriate and forwarding service documents to Plaintiff for completion and return. (Doc. 17.) In the order, Plaintiff was directed to return to the Court:

    a.    Completed summonses for the three Defendants;

    b.    One completed USM-285 form for each of the three Defendants; and

    c.    Four (4) copies of the endorsed complaint filed on January 13, 2011.

The Court sent Plaintiff a copy of the First Amended Complaint from which to make copies to return to the Court.

On December 27, 2011, Plaintiff submitted service documents to the Court. (Doc. 18.) However, Plaintiff did not submit all of the documents as instructed in the Court's order. Plaintiff failed to submit any copies of the First Amended Complaint.

To enable service to go forward, Plaintiff must submit the missing documents to the Court. Plaintiff shall be granted thirty days in which to submit four (4) copies of the endorsed First Amended Complaint, filed on January 13, 2011, to the Court.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send to Plaintiff a Notice of Submission of Documents form;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the Notice of Submission of Documents form and submit the completed Notice to the Court with four (4) copies of the endorsed First Amended Complaint, filed on January 13, 2011; and

3. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   January 4, 2012**                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE