1
2
3
4
5
6
7
8        # UNITED STATES DISTRICT COURT

9        ## EASTERN DISTRICT OF CALIFORNIA

10

11   MALCOLM Y. WRIGHT,                    1:10-cv-00011-AWI-GSA-PC

12                 Plaintiff,              ORDER IN RESPONSE TO MOTION FOR
                                          CLARIFICATION
13        v.                              (Doc. 20.)

14   WARDEN SMITH, et al.,                THIRTY-DAY DEADLINE FOR  PLAINTIFF
                                          TO FILE DECLARATION AS DIRECTED BY
15                 Defendants.            THIS ORDER
     _____/
16

17        Plaintiff Malcolm Y. Wright ("Plaintiff") is an inmate currently in North Carolina state

18   custody who is proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens

19   vs. Six Unknown Agents, 403 U.S. 388 (1971).  This action now proceeds on the First Amended

20   Complaint filed on January 13, 2011.  (Doc. 10.)  On January 17, 2012, Plaintiff filed a motion for

21   clarification, which is now before the Court.  (Doc. 20.)

22        In the motion for clarification, Plaintiff claims that he is unable to comply with the Court's

23   order of January 5, 2012, which requires him to provide the Court with four copies of the Amended

24   Complaint to initiate service of process, because the North Carolina Department of Corrections

25   ("NCDC") refuses to make copies for him.  Plaintiff requests the Court to consider issuing an order

26   to the NCDC to provide Plaintiff with the opportunity to have copies made at his own expense.

27        Plaintiff has not provided the Court with sufficient evidence that he is unable to obtain copies

28   of the Amended Complaint.  Plaintiff should be able to obtain copies through the NCDC by making

                                          1

a written request for assistance.  Therefore, Plaintiff shall be required to file a declaration with the Court, signed under penalty of perjury, explaining his efforts to obtain copies and providing documentary evidence that the NCDC refuses to provide him with the opportunity to have copies made at his own expense to enable him to litigate this action.

Accordingly, IT IS HEREBY ORDERED that:

1.      Within thirty days of the date of service of this order, Plaintiff shall file a declaration signed under penalty of perjury explaining his efforts to obtain copies of the Amended Complaint and providing documentary evidence that the NCDC refuses to provide him with the opportunity to have copies made at his own expense to enable him to litigate this action; and

2.      Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed.


IT IS SO ORDERED.

**Dated:   January 18, 2012**                        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE